*Leah Hawley,* assistant state's attorney, in opposition.

Decided March 25, 1993

STATE OF CONNECTICUT *v.* WAYDE DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 801 (AC 11099), is granted, limited to the following issues:

"1. What is the standard of proof that the state must meet to establish the violation of a condition of probation?

"2. Did the state meet the appropriate standard in the circumstances of this case?"

The Supreme Court docket number is 14715.

*Dennis F. O'Toole,* assistant public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided March 11, 1993